# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT L. ALPORT, <br><br> Defendant. | PO-22-5034-GF-JTJ <br><br> VIOLATION: <br> E1103285 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $65 fine and $30 processing fee for violation E1103285 (for a total of $95), and for good cause shown, **IT IS ORDERED** that the $95 fine paid by the defendant is accepted as a full adjudication of violation E1103285.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for June 9, 2022, is **VACATED**.

DATED this 3rd day of June, 2022.

_____
John Johnston
United States Magistrate Judge